UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
CENTRAL DIVISION

| | |
|---|---|
| In Re:<br><br>JOJO'S 10 RESTAURANT, LLC,<br><br>                Debtor. | Chapter 11<br><br>Case No. 10-41983-MSH |
| JOJO'S 10 RESTAURANT, LLC,<br><br>                Plaintiff,<br><br>v.<br><br>DEVIN PROPERTIES, LLC, HOWARD J. LAZEROWICH, ADVANTAGE CAPITAL FUNDS, LLC, UMA DINORA, LLC, REWARDS NETWORK ESTABLISHMENT SERVICES, INC., AND GRP FUNDING, LLC<br><br>              Defendants. | Adversary Proceeding<br>No. 10-4083 |

## REQUEST FOR ALIAS SUMMONS

Craig R. Jalbert, the duly-appointed Chapter 11 Trustee of the above-captioned debtor, hereby requests the Clerk of the Court issue an Alias Summons to be served on defendant Rewards Network Establishment Services, Inc.

                                        Respectfully submitted,

                                        CRAIG R. JALBERT,
                                        CHAPTER 11 TRUSTEE

                                        By his attorneys,

                                        */s/ Joseph M. Downes III*
                                        Anne J. White (BBO No. 524960)
                                        Joseph M. Downes III (BBO No. 655853)
                                        Demeo & Associates, P.C.

Dated: July 27, 2010

One Lewis Wharf
Boston, MA 02110
Telephone: (617) 263-2600
Facsimile: (617) 263-2300
Email: jdownes@jdemeo.com