**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| In Re:  JoJo's 10 Restaurant, LLC | Related Bankruptcy Case: 10–41983 |
| | Chapter 11 |
| Debtor, | Judge Melvin S. Hoffman |
| JoJo's 10 Restaurant, LLC | Adversary Proceeding: 10–04083 |
| Plaintiff | |
| vs. | |
| Devin Properties, LLC et al | |
| Defendant | |

### ALIAS SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer within 35 days.
**ANSWER DUE: 8/30/10**

    Address of Clerk:

        U. S. Bankruptcy Court
        595 Main Street
        Worcester, MA 01608

At the same time, you must also serve a copy of the motion or answer upon the plaintiffs attorney.

    Name and Address of Plaintiff's Attorney:

        Joseph M. Downes III
        Demeo & Associates, P.C.
        One Lewis Wharf
        Boston, MA 02110

If you make a motion, your time to answer is governed by FRBP 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

| | |
|---|---|
| Date: 7/29/10 | James M. Lynch |
| | Clerk, U.S. Bankruptcy Court |
| | By the Court, |
|  | David Corchado |
| | Deputy Clerk |
| | (508) 770– 8905 |

Chapter 11
Adversary Proceeding: 10–04083
Judge Melvin S. Hoffman

CERTIFICATE OF SERVICE

I, _____(name), certify that service of this summons and a copy of the complaint was made :_____(date) by:

☐ Mail service: Regular, first class United States mail, postage fully pre–paid, addressed to:

☐ Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

☐ Residence Service: By leaving the process with the following adult at:

☐ Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

☐ Publication: The defendant was served as follows: [Describe briefly]

☐ State Law: The defendant was served pursuant to the laws of the State of_____ as follows: [Describe briefly]

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

_____                                           _____
Date                                                                                      Signature

Print Name
_____
Business Address
_____
City          State          Zip